## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| A & E BAIL BONDS, INC., a Delaware corporation, | § § § | No. 535, 2019 |
| Respondent Below, Appellant, | § § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | |
| STATE OF DELAWARE, | § § | Cr. ID No. 1710006739 (N) |
| Plaintiff Below, Appellee. | § § § | |

Submitted: June 17, 2020
Decided: June 24, 2020

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 24th day of June, 2020, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its November 25, 2019 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice